# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF LEONARD P. KRAPPA, DECEASED, BY AND THROUGH HIS ADMINISTRATOR, LEONARD A. KRAPPA AND MARGARET KRAPPA, INDIVIDUALLY AND IN HER OWN RIGHT | : : : : : | No. 323 MAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : : | |
| MARK LYONS, D.O.; FRANK PIRO, M.D.; JONATHAN C. SULLUM, M.D.; JUAN C. BARRERA, M.D.; JAMES FRANGOS, M.D.; LOUIS DEGENNARO, M.D.; AND COMMUNITY MEDICAL CENTER | : : : : : : : : | |
| PETITION OF: COMMUNITY MEDICAL CENTER | : : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application for Leave to File Reply to Answer is **DENIED**.

 Justice Wecht files a concurring statement.